UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| VS. | : | ORDER |
| | : | |
| | : | Mag. No. 25-17080(SAK) |
| MICHAEL STANFORD | : | |

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

IT IS on this 27TH day of OCTOBER 2025,

ORDERED that the Federal Public Defender for the District of New Jersey, (THOMAS YOUNG, AFPD) is hereby appointed to represent said defendant in this case until further order of the Court.

_____
SHARON A. KING
UNITED STATES MAGISTRATE JUDGE

cc: Federal Public Defender